UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DENISE BRONSDON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 20-10486-IT |
| | * | |
| AJIT PAI, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

ORDER

September 17, 2020

TALWANI, D.J.

Upon review of the Amended Complaint [#8], the court hereby orders:

1.      The Clerk shall issue summonses for all Defendants.

2.      Plaintiff shall serve the summonses, complaint, and this order upon Defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure.

3.      Plaintiff shall have 90 days from the date of the issuance of the summonses to complete service. Insofar as a Defendant is to be served within the United States, failure to comply with this requirement may result in dismissal of the claims against said Defendant without further notice from the court. See Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass.).

4.      Because Plaintiff is proceeding in forma pauperis, she may elect to have the United States Marshals Service ("USMS") complete service within the United States with all costs of service to be advanced by the United States. If so asked by Plaintiff, the USMS shall serve a copy of the summonses, complaint, and this order upon any Defendant who is to be served within the United States as directed by Plaintiff. Plaintiff is responsible for providing the

USMS all copies for service and for completing a USM-285 form for each party to be served. The Clerk shall provide Plaintiff with forms and instructions for service by the USMS.

5.      To the extent service out of the United States is required, Plaintiff is responsible for ensuring that service is effected in accordance with Rule 4(f) of the Federal Rules of Civil Procedure. Plaintiff may not ask the USMS to effect service outside of the United States.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge

September 17, 2020